- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PAUL STAFFA, ) | |
| ) | CIVIL ACTION FILE NO.: |
| Plaintiff, ) | |
| ) | _____ |
| vs. ) | |
| ) | |
| BISSELL, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF REMOVAL TO**
**THE UNITED STATES DISTRICT COURT**

COMES NOW, BISSELL, INC., defendant in the above-styled action, and hereby files this Notice of Removal pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. §§ 1332, 1441 and 1446, respectfully showing this Court that there is complete diversity of citizenship between the plaintiff and defendant, and the matter in controversy, exclusive of interests and costs, exceeds $75,000.00.

**FACTUAL AND PROCEDURAL BACKGROUND**

1.

Plaintiff Paul Staffa has filed a civil action against defendant Bissell, Inc. in the State Court of Forsyth County, Georgia, Case No. 19SC-1224-B. The State Court of Forsyth County, Georgia is located within the Gainesville Division of the United States District Court for the Northern District of Georgia.

- 1 -

2.

Staffa filed his Complaint in the State Court of Forsyth County on September 16, 2019, claiming that he suffered personal and economic injury after using an allegedly defective vacuum cleaner designed, manufactured and distributed by defendant.  Staffa specifically contends that he has suffered physical injuries to his left shoulder, arms, legs and lungs, incurring medical expenses in the amount of $7,506.14.  Staffa also alleges that he has sustained damage to his real and personal property in the amount of $102,274.57.  Staffa seeks damages for his personal injuries, pain and suffering, mental anguish, loss of enjoyment of life, incidental expenses, medical expenses, property damage and other consequential damages.

3.

As Staffa served this defendant with the Summons and Complaint on September 30, 2019, this Notice of Removal is filed within 30 days after the receipt by the defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.  28 U.S.C. § 1446(b)(1).

4.

Bissell, Inc. consents to removal of this action from the State Court of Forsyth County, Georgia to the United States District Court for the Northern District of Georgia, Gainesville Division. (*See* Consent to Removal, attached hereto as Exhibit "A").

5.

As required by 28 U.S.C. § 1446(a), the entire record in the state court action, including copies of all process, pleadings and orders filed as of this date, and a copy of the court's docket sheet, are attached to and filed contemporaneously herewith this Notice of Removal as Exhibit "B."

## BASIS FOR REMOVAL

6.

Defendant incorporates by reference as if fully set forth herein the preceding paragraphs 1 through 5 of Defendant's Notice of Removal.

7.

As set forth in the Complaint, Plaintiff Paul Staffa is and was at all relevant times a resident, citizen, and domiciliary of the State of Georgia.

- 3 -

8.

Defendant Bissell, Inc. is now, was at the time of commencement of this lawsuit, and at all times since, a corporation organized and existing under the laws of the Michigan, having its principal place of business in Grand Rapids, Michigan. As such, Bissell, Inc. is not a resident, citizen, and domiciliary of the State of Georgia for purposes of federal "diversity of citizenship."

9.

As set forth in his Complaint, Staffa is seeking a total of at least $109,780.71 in damages, exclusive of interest and costs, which exceeds the $75,000.00 jurisdictional requirement.

10.

Complete diversity of citizenship existed between Paul Staffa and Bissell, Inc. at the time Staffa commenced the state court action, and there remains complete diversity of citizenship between the parties.

## **CONCLUSION**

11.

Bissell, Inc. incorporates by reference as if fully set forth herein the preceding paragraphs 1 through 10 of Defendant's Notice of Removal.

{Firm/101/00245/DRAFTS/02325196.DOCX }

12.

This is a civil action over which this Court has original federal jurisdiction and is one which may be removed to this Court pursuant to 28 U.S.C. § 1332, 1441 and 1446 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds the jurisdictional requirement of $75,000.00.

13.

Venue is proper for removal to this district pursuant to 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action had been pending.

14.

Bissell, Inc. will promptly file this Notice of Removal with the Clerk of the Superior Court of Sumter County, Georgia in the state court action as required by 28 U.S.C. § 1446(d).

15.

Bissell, Inc. will promptly serve this Notice of Removal on counsel of record for plaintiff via Federal Express, Tracking No. 7768 0946 0786.  Bissell, Inc. has filed a written notice with the Clerk of the State Court of Forsyth County, Georgia, a copy of which is attached hereto as Exhibit "C."

16.

Bissell, Inc. reserves the right to amend or supplement this Notice of Removal in accordance with the Federal Rules of Civil Procedure and other applicable law.

17.

Bissell, Inc. reserves all defenses to the underlying action.

18.

The undersigned has read this Notice of Removal, and to the best of the Undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

**WHEREFORE**, defendant BISSEL, INC. respectfully requests that this action now pending in the State Court of Forsyth County, Georgia be removed to the United States District Court for the Northern District of Georgia, Gainesville Division.

**DEFENDANT DEMANDS A TRIAL BY JURY.**

This 24th day of October, 2018.

                                        **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

                                        */s/ Eric M. Schultz*
                                        **William T. Mitchell**
                                        Georgia Bar No. 513810
                                        Email: bmitchell@cmlawfirm.com
                                        Direct Dial: 404-881-2633
                                        **Sean Keenan**
                                        Georgia Bar No. 523871
                                        Email: skeenan@cmlawfirm.com
                                        Direct Dial: 678-684-2154

Meridian II, Suite 2000           **Eric M. Schultz**
275 Scientific Drive               Georgia Bar No. 452742
Norcross, GA 30092             Email: eschultz@cmlawfirm.com
Facsimile: 404-881-2630       Direct Dial: 678-684-2131

                                        *Attorneys for defendant BISSELL, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day filed the within and foregoing **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT** with the Clerk of Court via overnight mail and have served a copy of same upon all counsel, via Overnight Mail, Tracking No. 7768 0946 0786, addressed as follows:

Eric M. Miller, Esq.
Matthew P. Bonham, Esq.
MILLER BONHAM, LLP
7000 Central Parkway, NE, Ste. 1650
Atlanta, GA 30328
emiller@millerbonham.com
mbonham@millerbonham.com

*(Attorney for Plaintiff)*

This 24th day of October, 2018.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

*/s/ Eric M. Schultz*
Eric M. Schultz

- 8 -